**Anthony G. HUNT, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7009.

United States Court of Appeals, Federal Circuit.

July 12, 2011.

Anthony G. Hunt, Adrian, MI, for Claimant–Appellant.

Melissa Devine, Department of Justice, David J. Barrans, Kristiana M. Brugger, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Before RADER, Chief Judge, NEWMAN and BRYSON, Circuit Judges.

**ON MOTION**

**ORDER**

PER CURIAM.

Anthony G. Hunt moves for panel reconsideration and reconsideration en banc of the court's April 5, 2011 order summarily affirming the United States Court of Appeals for Veterans Claims decision below.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for panel reconsideration is denied. The request for en banc reconsideration will be circulated to the full court.